MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL'S BUSINESS TAX SERVICES INC., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Case No. 14-mc-80260-JST <br><br> STIPULATION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PETITION AND [PROPOSED] ORDER |

      Petitioner, Gil's Business Tax Services, Inc., and Respondent, United States of America, hereby agree and stipulate as follows:

      1.    That the United States of America be granted 60 days to Answer or Otherwise Respond to the Petition to Quash Summons.

      2.    That the United States of America Answer or Otherwise Respond to the Petition to Quash on or before November 15, 2014, which is 60 days from the date that this action was commenced.

      3.    That the deadlines to file an opposition and reply to the Petition to Quash Summons, scheduled for September 29, 2014 and October 6, 2014, be vacated.

//

//

//

//

Stip To Extend Time to File Answer or Otherwise
Respond to Compl & [proposed] Order; 14-mc-80260-JST    1

SO STIPULATED:

_____/s/_____
Philip J. Terry
Carle, Mackie, Power & Ross LLP
100 B Street, Suite 400
Santa Rosa, CA  95401
Ph:  (707) 526-4200
Email:  pjterry@cmprlaw.com


MELINDA HAAG
United States Attorney

_____/S/_____
CYNTHIA STIER
Assistant U.S. Attorney
Tax Division
Cynthia.stier@usdoj.gov
415-436-7000

ORDER

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the United States of America, respondent herein, respond to the Petition to Quash by November 15, 2014.  The dates for filing a response and reply, September 29, 2014 and October 6, 2014, are hereby VACATED.

Dated:  October 6, 2014

_____
JON S. TIGAR

IT IS SO ORDERED
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA