UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL'S BUSINESS TAX SERVICES INC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No.  14-mc-80260-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 10

The parties have filed a stipulation of dismissal dated November 25, 2014.  ECF No. 10.  Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 25, 2014

_____
JON S. TIGAR
United States District Judge